# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| MARCUS HYATT and ASHLEY BARRETT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:19-cv-00250-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| QUENTIN MILLER, in his official capacity as Buncombe County Sheriff; WESTERN SURETY COMPANY; J.D. LAMBERT, individually and officially; JEFF MAY, individually and officially; and KATHERINE LEWIS, individually and officially, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2022 Memorandum of Decision and Order.

August 3, 2022

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court