IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00250-MR-WCM

| | |
|---|---|
| MARCUS HYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JEFF MAY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the "Motion to Intervene as Plaintiff" [Doc. 152] and the "Notice of Motion and Motion for Sanctions" [Doc. 155] filed by Brandon Pickens.

By the present motions, Mr. Pickens seeks to intervene in this action as a party plaintiff. Mr. Pickens filed the present motions following the entry of a Judgment in this case. [See Docs. 142, 143]. This action is now concluded. Accordingly, Mr. Pickens' motions are denied as moot.

**IT IS, THEREFORE, ORDERED** that the "Motion to Intervene as Plaintiff" [Doc. 152] and the "Notice of Motion and Motion for Sanctions" [Doc. 155] filed by Brandon Pickens are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: March 29, 2023

Martin Reidinger
Chief United States District Judge